COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Brenton Allen Hope v. The State of Texas

Appellate case number:    01-13-00592-CR

Trial court case number:  12-14208

Trial court:              252nd District Court of Jefferson County

The clerk's record filed in the above-referenced appeal is incomplete. Pursuant to Texas Rule of Appellate Procedure 34.5(c), the trial court clerk is directed to file a special clerk's record containing:

Final Judgment Adjudicating Guilt, dated May 30, 2013

*See* TEX. R. APP. P. 34.5(c)(1).

The special clerk's record shall be filed in the First Court of Appeals **within 10 days of the date of this notice**.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                   ☑ Acting individually    ☐ Acting for the Court

Date:  June 9, 2014